IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW RICARD and TIM MACKAY,

                Plaintiffs,

    v.

KBK SERVICES INC.,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-299-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant KBK Services Inc. against plaintiffs Andrew Ricard and Tim Mackay decertifying this FLSA collective action and Rule 23 class and granting summary judgment in favor of the defendant.

Approved as to form this __3ʳᵈ__ day of October, 2016.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer
Clerk of Court

__10/3/16__
Date