UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

**Andrew Ricard**
**Tim Mackay**

**On behalf of themselves and**
**all others similarly situated**

    **Plaintiffs**

    **v.**                                                                                                      Case No.  15-cv-299
                                                                                                      Hon. James Peterson

**KBK Services Inc.**

    **Defendant.**

_____

## NOTICE OF APPEAL

_____

      Please take notice that Plaintiffs, Andrew Ricard and Tim Mackey, hereby appeal to the United States Court of Appeals for the Seventh Circuit the District Court's order dated September 7, 2016 (Docket #163) that denied their motion for class certification under Rule 23, as well as the Court's final October 5, 2016 order granting the Defendant's motion for summary judgment.  (Docket #173)

      Dated this 1st  day of November, 2016.

                                                /s/Yingtao Ho
                                              Yingtao Ho (SBN #1045418)
                                              yh@previant.com
                                              THE PREVIANT LAW FIRM, S.C.
                                              310 W. Wisconsin Ave. Suite 100MW
                                              Milwaukee, WI 53202
                                              (414) 271-4500
                                              (414) 271-6308 FAX

                                              Attorneys for Plaintiffs