UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ANDREW RICARD,
TIM MACKEY,
On behalf of themselves and all others
similarly situated

                    Plaintiffs,

                                                    Case No. 15-cv-299

          v.

KBK SERVICES INC.,

                    Defendant.

## AGREED MOTION TO STAY CONSIDERATION OF AMENDED BILL OF COSTS

  1.  On November 1, 2016, Plaintiffs' filed a notice of appeal.  (ECF No. 182.)

  2.  The Seventh Circuit Court of Appeals subsequently set a briefing schedule on Plaintiffs' appeal, but also ordered that the parties engage in mediation on December 5, 2016.

  3.  As a result of that mediation, the parties have reached a settlement of the claims involved in this action and are working at memorializing that settlement.

  4.  Currently pending before the Court is Defendant's Amended Bill of Costs and Plaintiffs' objection thereto.  (ECF Nos. 189, 195.)

  5.  In light of the settlement, the parties respectfully request that this Court stay consideration of the Defendant's Amended Bill of Costs while the parties work towards finalizing the settlement.

  6.  The parties will inform the court as soon as the settlement has been completed and will then dismiss the action in its entirety.

Respectfully submitted,

Dated this 6th day of December, 2016.

| | |
|---|---|
| Reinhart Boerner Van Deuren s.c. | s/ Robert S. Driscoll |
| 22 East Mifflin Street, Suite 600 | John H. Zawadsky |
| Madison, WI 53703 | WI State Bar ID No. 1008654 |
| | jzawadsky@reinhartlaw.com |
| Mailing Address: | Robert S. Driscoll |
| P.O. Box 2018 | WI State Bar ID No. 1071461 |
| Madison, WI 53701-2018 | rdriscoll@reinhartlaw.com |
| Telephone: 608-229-2200 | Attorneys for Defendant |
| Facsimile: 608-229-2100 | |

Dated this 6th day of December, 2016.

| | |
|---|---|
| The Previant Law Firm S.C. | s/ Yingtao Ho |
| Attorney for Plaintiffs | Yingtao Ho |
| 310 West Wisconsin Ave. Suite 100MW | WI State Bar ID No. 1045418 |
| Milwaukee, WI  53202 | yh@previant.com |
| 414-271-4500 (Telephone) | Attorney for Plaintiffs |
| 414-271-6308 (Fax) | |

2

35244364